26, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–5707. IN RE KENNEDY. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 26, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–5215. IN RE BENDER ET AL. Sup. Ct. N. D. Petition for writ of common-law certiorari denied.

No. 97–9475. IN RE ARREOLA;
No. 97–9554. IN RE WAPNICK;
No. 97–9617. IN RE WILSON;
No. 97–9630. IN RE THOMPSON;
No. 97–9676. IN RE HENDERSON;
No. 98–5074. IN RE BLAIR;
No. 98–5130. IN RE JENKINS;
No. 98–5148. IN RE WOLF;
No. 98–5152. IN RE SWANSON;
No. 98–5356. IN RE DELESPINE;
No. 98–5470. IN RE TOTH;
No. 98–5522. IN RE WILLIAMS;
No. 98–5523. IN RE CANNON;
No. 98–5599. IN RE SIGGERS;
No. 98–5671. IN RE TOWNSEND;
No. 98–5789. IN RE LINCOLN;
No. 98–5807. IN RE SCHULTZ;
No. 98–5896. IN RE GHOLSTON; and
No. 98–5897. IN RE HERRINGTON. Petitions for writs of habeas corpus denied.

No. 97–2038. IN RE CROWELL;
No. 97–9079. IN RE FLETCHER;
No. 97–9090. IN RE SEATON;
No. 97–9120. IN RE ROBINSON;
No. 97–9132. IN RE RUDD;
No. 97–9133. IN RE RODRIGUEZ CRUZ;
No. 97–9256. IN RE FARRELL;
No. 97–9283. IN RE SCOTT;
No. 97–9352. IN RE LOWE;